UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
SEP - 5 2019
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES OF AMERICA,   )
  )
    Plaintiff,   )
  )
vs.   )   **4:19CR740 RWS/JMB**
  )
MALIK ROSS,   )
  )
    Defendant.   )

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about August 13, 2019, in the City of St. Louis, within the Eastern District of Missouri,

**MALIK ROSS,**

the defendant herein, being an agent of or connected in any capacity with Midwest Regional Bank, whose deposits are federally insured, with intent to injure and defraud Midwest Regional Bank, did willfully misapply, embezzle or purloin more than $1,000.00 of the moneys or funds of Midwest Bank entrusted to the custody or care of the defendant.

In violation of Title 18, United States Code, Section 656.

                        A TRUE BILL

                        _____
                        FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
ALLISON H. BEHRENS, #38482MO
Assistant United States Attorney