RECEIVED
JUL 1 6 2020
BY MAIL

Hi- My name is Malik.R i got jumped in the justice center they to me out the build with out a face mask on & ima losing my vision a inmate had covid-19 & he made me some naco's before he left aslo my grandmother got breast cancer ima the only one that really look after her & her grandson ~~----~~ this my first time locked up for anything also got high blood presser beause i sit & think about my Family even doe my Family is very small i losted my girlfriend my job my car my life ion't got nothing really to look up to i try so hard for the younger kids to do the right thing because all the kids in the daycare's love me & look up to and about the money that was losed ima willing to work it off just to see my grandmother before she leave this earth everbody aint perfect but some people do need a second change at life i walked to garaworld ever day rain snow cold even my birthday just let the wrong person get in my head at the wrong time i loved my job all of them but garaworld was the best job i had so for i had good jobs since's high school IKEA AMEZON- ~~-----~~ bestbuy driving around dropping off TV's i just wont the courts to look over this into giving me a second change at life ima 24years old with no kids still trying to find myself & where i wanna be in the next 5 yrs



Envelope addressed to:

The Honorable Judge Rodney W. Sippel
Thomas F. Eagleton U.S. Courthouse Room 16.182
111 South 10th Street
St. Louis, MO 63102

Return address: [illegible] Ross, [illegible] S. Tucker Blvd., St. Louis, MO 63102

Postmark: ST LOUIS MO 630, 02 JUL 20, PM 6 L
U.S. POSTAGE PITNEY BOWES $000.50, ZIP 63103, 0000346471 JUL 02 2020

RECEIVED JUL 16 2020 BY MAIL

63102-112599