RECEIVED
DEC 23 2020
BY MAIL

4:19 CR 740 RWS

My name Malik. R i got my head step against the wall June 2, 2020 my jaw broken & ima having a hard time breathing my tonsils i no the video i made almost 2yrs ago when i was dui was mess up i cant see anything been pass out back to back just asking if i can go to the ER-Room i no some of these letter dont work i also lost my granny behide all of this my court date keep getting push back 2 months ima not rush it ima just trying see whats going on with me need ex-ray on my head i might not make & also covid-19 they put me in cell with no light in it & somebody dead that had covid-19 in there ima just trying see whats going on they give me all these different meds to try & see what the problem is we still dont no i just trying go to the er & back to Justic center doctor June 1, 2020 said i was fine & ima not whatever i got i been trying fight it off & it aint working they kick my head against wall & i pass out in 5A, 2 side can i please see whats going on with my head evertime i get close to my court date they push it back i aint never really went this for but i just might not make it trying my best not to get put in green dress thank you & please if court will please let me thanks they put me on 4 are 5 different meds since i been almost in one week i just try get a exray i had my eyes get closed & black both of them i hope the courts let me got to the er thanks are D.O.C

200 S. Tucker Blvd.

St. Louis, MO 63102

**RETURN SERVICE REQUESTED**



PRESORTED FIRST CLASS

U.S. POSTAGE » PITNEY BOWES

ZIP 63103 $ 000.46⁰
02 4W
0000346878 DEC. 21. 2020

The Honorable Judge Rodney W. Sippel

Thomas F. Eagleton U.S. Courthouse

111 South 10th Street, Room 16.182

St. Louis, MO 63102

RECEIVED
DEC 23 2020
BY MAIL

KAUSPMP 63102