THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:19CR740 RWS |
| MALIK ROSS, | ) |
| Defendant. | ) |

**MOTION FOR LEAVE TO FILE UNDER SEAL**

Comes now Defendant Malik Ross, by and through counsel, Bevy Beimdiek, Assistant Federal Public Defender, and requests leave to file Defendant's Sentencing Memorandum under seal. Said Memorandum contains confidential mental health information regarding the defendant.

Respectfully submitted,

/s/  Bevy Beimdiek
BEVY  BEIMDIEK  # 33753 MO
Assistant Federal Public Defender
1010 Market Street, Suite 200
St. Louis, Missouri 63101
Telephone: (314) 241-1255
Fax: (314) 421-3177
E-mail: Bevy_Beimdiek@FD.org
ATTORNEY FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I hereby certify that on February 4, 2021, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Allison Behrens, Assistant United States Attorney.

/s/  Bevy Beimdiek
BEVY BEIMDIEK
Assistant Federal Public Defender